THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00050-MR-DLH

| | | |
|---|---|---|
| LINDA SHOOK HART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| | ) | |
| JEREMY D. WILLOUGHBY and | ) | |
| TMC TRANSPORTATION, INC., a/k/a | ) | |
| ANNETT HOLDINGS, INC., a/ka | ) | |
| TMC TRUCK SALES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' notice to the Court that this matter has been settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 12, 2013

Martin Reidinger
United States District Judge