# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:12-cv-00050-MR-DLH

| | |
|---|---|
| LINDA SHOOK HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JEREMY D. WILLOUGHBY and ) | |
| TMC TRANSPORTATION, INC., a/k/a ) | |
| ANNETT HOLDINGS, INC., a/ka ) | |
| TMC TRUCK SALES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' notice to the Court that this matter has been settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 12, 2013

Martin Reidinger
United States District Judge